DOUGLAS ELLIMAN, LLC, Doing Business as PRUDENTIAL DOUG-
LAS ELLIMAN REAL ESTATE, Appellant, v RHONA SILVER et
al., Respondents.

Submitted March 14, 2016; decided May 3, 2016

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

LESLEY DRAZEK, Appellant, v VITAL TRANSPORTATION, INC., Re-
spondent.

Submitted March 7, 2016; decided May 3, 2016

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

FLO & EDDIE, INC., a California Corporation, Individually and
on Behalf of All Others Similarly Situated, Respondent, v
SIRIUS XM RADIO, INC., a Delaware Corporation, Appel-
lant, and DOES 1 THROUGH 10, Defendants.

Decided May 3, 2016

*See* 821 F3d 265.

Certification of question by the United States Court of Ap-
peals for the Second Circuit, pursuant to section 500.27 of the
Rules of Practice of the Court of Appeals (22 NYCRR 500.27),
accepted and the issues presented are to be considered after
briefing and argument.

Concur: Chief Judge DIFIORE and Judges PIGOTT, RIVERA,
ABDUS-SALAAM, STEIN, FAHEY and GARCIA.